**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ELIA GARCIA,** ) | |
| Plaintiff, ) | Case No. CV 10 - 03827 (AJW) |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

September 28, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge