1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11  **ELIA GARCIA,**
                                          )
12            **Plaintiff,**              )      **Case  No. CV 10 - 03827 (AJW)**
                                          )
13            **v.**                      )      **J U D G M E N T**
                                          )
14  **MICHAEL J. ASTRUE,**                )
    **Commissioner of the Social**        )
15  **Security Administration,**          )
                                          )
16            **Defendant.**              )
    _____ )

17

18        **IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further

19  administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

20

21  September 28, 2011

22                                              _____
                                                ANDREW J. WISTRICH
23                                              United States Magistrate Judge

24

25

26

27

28